IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Chong's Produce, Inc., | No. C 09-01013 JW |
|     Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; MODIFYING SCHEDULING ORDER** |
|  v. | |
| Premium Fresh Farms, LLC, et al., | |
|     Defendant.                 / | |

This case was scheduled for a Preliminary Pretrial Conference on July 6, 2009. The parties conferred and duly submitted a Joint Preliminary Pretrial Conference Statement. Based on their joint submission, the Court finds that this case is not yet ready for a trial schedule. Accordingly, the Court VACATES the conference and ORDERS as follows:

(1) A hearing on the parties' anticipated cross-motions for summary judgment will be held on **October 19, 2009 at 9 a.m.** The parties shall notice their motions and file their briefs in accordance with the Civil Local Rules of the Court.

(2) The Court will set a new Preliminary Pretrial Conference date in its Order addressing the parties' anticipated cross-motions for summary judgment.

Dated: July 1, 2009

                                                 JAMES WARE
                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clyde Charles Pearce ccp@clydepearcelaw.com
Susan E. Bishop sbishop@prattattorneys.com

Emmitt Pfost
9 Santa Lucia Avenue
Salinas, Ca 93908

**Dated:  July 1, 2009**               **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2