Susan E. Bishop (SBN 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Plaintiff
CHONG'S PRODUCE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; EMMITT PFOST, an individual; SALVADOR P. TARANTINO, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendants. | Case No. C-09-01013 JW<br><br>**STIPULATION TO CONTINUE DEADLINE FOR MEDIATION** |

Upon filing the Complaint, Plaintiff Chong's Produce, Inc. attempted to serve all named defendants. Thus far, Plaintiff has served four out of the six named defendants. Despite several attempts, Plaintiff has been unable to serve Salvador P. Tarantino and Paul E. Dunham. On or about July 31, 2009, in response to discovery propounded by Plaintiff, Defendant Premium Fresh Farms, LLC provided Plaintiff with a new address for Salvador P. Tarantino. Plaintiff would now like to serve Mr. Tarantino.

A mediation with mediator David Bluhm is scheduled for August 13, 2009. The Court's

-1-
STIPULATION

1  current deadline for completing the mediation is September 10, 2009. Plaintiff would like Mr.
2  Tarantino involved in the proceedings. It is Plaintiff's position that having him included in the
3  mediation would increase the chances of a successful resolution. Plaintiff would like time to serve
4  Mr. Tarantino and allow him the opportunity to participate in the mediation. Defendants agree that
5  including Mr. Tarantino may increase the likelihood of a successful resolution. Mediator David
6  Bluhm is in agreement.
7      Accordingly, Plaintiff, Defendants and mediator stipulate to continuing the deadline to
8  complete the mediation until October 12, 2009.
9  **IT IS SO STIPULATED.**

10
11  Dated: August 6, 2009       PRATT & ASSOCIATES
12       By_____
13       Susan E. Bishop, Attorneys for Plaintiff Chong's Produce, Inc.
14  Dated: August 6, 2009       LAW OFFICE OF CLYDE C. PEARCE
15
16       By_____
17       Clyde C. Pearce, Attorneys for Defendants Premium Fresh Farms, LLC and AG Harvesting & Technologies, LLC.
18       PDP & ASSOCIATES, LLC
19
20  Dated: August 6, 2009       By_____
21       Emmitt Pfost, on behalf of PDP & Associates, LLC
22  Dated: August 6, 2009       By_____
23       Emmitt Pfost, as an individual
24  Dated: August 6, 2009       By_____
25       David Bluhm, mediator
26  **IT IS SO ORDERED.**
27
28  Dated: August ____, 2009
     _____
     Honorable Judge James Ware

-2-
STIPULATION

current deadline for completing the mediation is September 10, 2009. Plaintiff would like Mr. Tarantino involved in the proceedings. It is Plaintiff's position that having him included in the mediation would increase the chances of a successful resolution. Plaintiff would like time to serve Mr. Tarantino and allow him the opportunity to participate in the mediation. Defendants agree that including Mr. Tarantino may increase the likelihood of a successful resolution. Mediator David Blum is in agreement.

Accordingly, Plaintiff, Defendants and mediator stipulate to continuing the deadline to complete the mediation until October 12, 2009.

**IT IS SO STIPULATED.**

PRATT & ASSOCIATES

Dated: August 6, 2009

By_____
Susan E. Bishop, Attorneys for Plaintiff Chong's Produce, Inc.

Dated: August 6, 2009

LAW OFFICE OF CLYDE C. PEARCE

By_____
Clyde C. Pearce, Attorneys for Defendants Premium Fresh Farms, LLC and AG Harvesting & Technologies, LLC.

PDP & ASSOCIATES, LLC

Dated: August 6, 2009

By_____
Emmitt Pfost, on behalf of PDP & Associates, LLC

Dated: August 6, 2009

By_____
Emmitt Pfost, as an individual

Dated: August 6, 2009

By_____
David Blum, mediator

**IT IS SO ORDERED.**

Dated: August 12, 2009

_____
Honorable Judge James Ware

STIPULATION