1  Susan E. Bishop (SBN 187253)
   PRATT & ASSOCIATES
2  The Pruneyard Tower I
   1901 S. Bascom Avenue, Suite 350
3  Campbell, CA  95008
   Telephone:  (408) 369-0800
4  Facsimile:  (408) 369-0752

5  Attorneys for Plaintiff
   CHONG'S PRODUCE, INC.



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; EMMITT PFOST, an individual; SALVADOR P. TARANTINO, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendants. | Case No.  C-09-01013 JW<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

In accordance with Judge Ware's Order dated July 1, 2009, summary judgment motions were to be heard on **October 19, 2009 at 9:00 a.m.**

At the time of the order, it was anticipated that the parties would have completed a mediation well in advance of the October 19, 2009 date. However, given that a new party was recently served (Salvador P. Tarantino) and the mediation has been postponed, the parties stipulate to a short modification of the scheduling order to allow them to attempt mediation before filing summary judgment motions. The current mediation cut-off is October 12, 2009, and the mediation

1 is expected to occur on September 30 or October 1, 2009. The parties are in agreement that the date
2 of the summary judgment motions should be continued to **November 30, 2009 at 9:00 a.m.**
3 **IT IS SO STIPULATED.**

4                                      PRATT & ASSOCIATES

5 Dated: August 18, 2009

6                                   By _____
                                        Susan E. Bishop, Attorneys for Plaintiff Chong's
7                                   Produce, Inc.

8 Dated: August 18, 2009                 LAW OFFICE OF CLYDE C. PEARCE

9

10                               By _____
                               Clyde C. Pearce, Attorneys for Defendants
                               Premium Fresh Farms, LLC and AG Harvesting
11                               & Technologies, LLC.

12                               PDP & ASSOCIATES, LLC

13

14 Dated: August 18, 2009                By _____
                               Emmitt Pfost, on behalf of PDP & Associates,
15                               LLC

16 Dated: August 18, 2009                By _____
17                               Emmitt Pfost, as an individual

18 **\*\*\* ORDER \*\*\***

19
20      The Court finds good cause to grant a brief extension so that the parties may participate in
21 mediation efforts. The hearing on anticipated Motions for Summary Judgment is continued from
22 October 19, 2009 to **October 26, 2009 at 9 a.m.** The moving party shall notice and file its Motion in
23 accordance with the Civil Local Rules of the Court.

24

25 Dated: September 1, 2009              _____
26                               JAMES WARE
                               United States District Judge
27
28

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752