*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; EMMITT PFOST, an individual; SALVADOR P. TARANTINO, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendants. | Case No.  C-09-01013 PVT<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the parties' representation in their Joint Case Management Statement (Docket Item No. 80), the Court finds good cause to continue the hearing on the Order to Show Cause re: Settlement from February 8, 2010 to **March 1, 2010 at 9 a.m.**  On or before **February 26, 2010**, the parties shall either file a Stipulated Dismissal, which will vacated the Conference, or a Joint Status Report updating the Court on their settlement efforts.

Dated:  February 2, 2010

_____
JAMES WARE
United States District Judge