Susan E. Bishop (SBN 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Plaintiff
CHONG'S PRODUCE, INC.

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

3/17/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; EMMITT PFOST, an individual; SALVADOR P. TARANTINO, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendants. | Case No. C-09-01013 JW (PVT)<br><br>**NOTICE OF DISMISSAL BY STIPULATION** |

PLEASE TAKE NOTICE that an agreement has been reached between Plaintiff Chong's Produce, Inc. and the defendants Premium Fresh Farms, LLC, Emmitt Pfost, PDP & Associates, LLC, and AG Harvesting & Technologies, LLC for a full and final settlement of this matter. Plaintiff Chong's Produce, Inc. hereby request that the action is dismissed, each party to bear their own costs and attorney's fees.

The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: March 17, 2010

_____
*/s/ James Ware*
United States District Judge

STIPULATION DISMISSAL
C-09-01013 PVT

| | |
|---|---|
| **PRATT AND ASSOCIATES** | **LAW OFFICES OF CLYDE C. PEARCE** |
| By: _____ | By: _____ |
| Susan E. Bishop, Esq. (SBN: 187253)<br>Pruneyard Tower One<br>1901 S. Bascom Ave., Ste. 350<br>Campbell, CA 95008<br>Telephone: (408) 369-0800<br>Facsimile: (408) 369-0752 | Clyde C. Pearce, Esq. (SBN: 159786)<br>144 West Gabilan Street<br>Salinas, CA, 91201<br>Telephone: (831) 754-4400<br>Facsimile (831) 754-1201 |
| Attorneys for Plaintiff | Attorneys for Defendants Premium Farm Fresh, LLC and AG Harvesting & Technologies, LLC |

**EMMITT PFOST**

Signature: _____

Print Name: _____

Date: _____

On behalf of himself and PDP & Associates, LLC

| | |
|---|---|
| **PRATT AND ASSOCIATES** | **LAW OFFICES OF CLYDE C. PEARCE** |
| By:_____ | By: _[signature]_____ |
| Susan E. Bishop, Esq. (SBN: 187253) | Clyde C. Pearce, Esq. (SBN: 159786) |
| Pruneyard Tower One | 144 West Gabilan Street |
| 1901 S. Bascom Ave., Ste. 350 | Salinas, CA, 91201 |
| Campbell, CA 95008 | Telephone: (831) 754-4400 |
| Telephone: (408) 369-0800 | Facsimile (831) 754-1201 |
| Facsimile: (408) 369-0752 | |
| Attorneys for Plaintiff | Attorneys for Defendants Premium Farm Fresh, LLC and AG Harvesting & Technologies, LLC |

**EMMITT PFOST**

Signature: _____

Print Name: _____

Date: _____

-2-
STIPULATION DISMISSAL
C-09-01013 PVT

| | |
|---|---|
| 1  PRATT AND ASSOCIATES | LAW OFFICES OF CLYDE C. PEARCE |
| 2  By:_____ | By:_____ |
| 3  Susan E. Bishop, Esq. (SBN: 187253) | Clyde C. Pearce, Esq. (SBN: 159786) |
|    Pruneyard Tower One | 144 West Gabilan Street |
| 4  1901 S. Bascom Ave., Ste. 350 | Salinas, CA, 91201 |
|    Campbell, CA 95008 | Telephone: (831) 754-4400 |
| 5  Telephone: (408) 369-0800 | Facsimile (831) 754-1201 |
|    Facsimile: (408) 369-0752 | |
| 7  Attorneys for Plaintiff | Attorneys for Defendants Premium Farm Fresh, LLC and AG Harvesting & Technologies, LLC |

**EMMITT PFOST**

Signature: _____

Print Name: Emmitt Pfost

Date: 2/26/10

CASE NAME: Chong's Produce, Inc. v. Premium Fresh Farms, et al.
Case Number: C-09-01013 JW (PVT)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is The PruneYard Tower I, 1901 South Bascom Avenue, Ste. 350, Campbell, CA 95008. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause.

On March 11, 2010 I served the following documents described as:

### NOTICE OF DISMISSAL BY STIPULATION

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Campbell, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (408) 369-0752 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court whose direction of the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Emmitt Pfost (In Pro Per) & PDP & Associates, LLC<br>9 Santa Lucia Avenue<br>Salinas, CA 93908<br>Tel: (831) 262-8055 | Defendants |

Executed on March 11, 2010, at Campbell, California.

            /s/ Emily A. Khasin
            Emily A. Khasin

-1-
PROOF OF SERVICE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHONG'S PRODUCE, INC.,

        Plaintiff,

v.

PREMIUM FRESH FARMS, LLC., ET AL.
        Defendant.
                                  /

Case Number: CV09-01013 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emmitt Pfost
9 Santa Lucia Avenue
Salinas, Ca 93908

Dated: March 17, 2010

                                          Richard W. Wieking, Clerk
                                          By: Elizabeth C. Garcia, Deputy Clerk